B1040 (FORM 1040) (12/15)

*aijtcredit@gmail.com →*

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| | RECEIVED<br>22 APR -7 AM 9: 38<br>U.S. BANKRUPTCY COURT<br>ST. PAUL, MN |

| PLAINTIFFS<br>Alex Jennings Tester | DEFENDANTS<br>Brittany Ann Sly |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Phone:<br>651-274-2209  N/A  Alex Jennings Tester<br>17428 Glacier Way, Unit 1217<br>Lakeville, MN 55044 | ATTORNEYS (If Known)<br>Robert J, Hoglund |
| PARTY (Check One Box Only)<br>□ Debtor   □ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  □ Other<br>□ Trustee | PARTY (Check One Box Only)<br>☒ Debtor   □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor  □ Other<br>□ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Debtor incurred debt with Creditor on several occasions from December 2015-December 2016, while promising repeatedly to repay creditor, Debtor knowingly misrepresented her ability to repay debt to Creditor on numerous occasions. Debtor is in violation of 62 U.S.C.A. §Section 523(a)(2)(A) and 68 U.S.C.A.§Section 523(a)(6).

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- □ 11-Recovery of money/property - §542 turnover of property
- □ 12-Recovery of money/property - §547 preference
- □ 13-Recovery of money/property - §548 fraudulent transfer
- □ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- □ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- □ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- □ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- □ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- □ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- □ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- □ 61-Dischargeability - §523(a)(5), domestic support
- ☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
- □ 63-Dischargeability - §523(a)(8), student loan
- □ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- □ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- □ 71-Injunctive relief – imposition of stay
- □ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- □ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- □ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- □ 01-Determination of removed claim or cause

**Other**
- □ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- □ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ 15,217.37 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>*Brittany Ann Sly* | BANKRUPTCY CASE NO.<br>*22-40047* | | |
| DISTRICT IN WHICH CASE IS PENDING<br>*Minnesota* | DIVISION OFFICE<br>*Fourth* | | NAME OF JUDGE |
| *4-6-2022* **RELATED ADVERSARY PROCEEDING (IF ANY)** | | | |
| PLAINTIFF<br>*Alex Jennings Tester* | DEFENDANT<br>*Donny Phan* | | ADVERSARY<br>PROCEEDING NO.<br>*22-04014* |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>*Minnesota* | DIVISION OFFICE<br>*Fourth* | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE<br>*4-6-2022* | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>*Alex Jennings Tester* | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT FOR

RECEIVED

THE FOURTH DIVISION OF THE DISTRICT OF MINNESOTA   22 APR -7 AM 9: 38

U.S BANKRUPTCY COURT
ST PAUL MN

IN RE: BRITTANY ANN SLY                                    CASE NO. 22-40047

(DEBTOR)

ALEX JENNINGS TESTER, CREDITOR                                    PLAINTIFF

V.                                                      ADV. PROC. NO. _____

BRITTANY ANN SLY, DEBTOR                                        DEFENDANT


COMPLAINT

1.      Plaintiff, Alex Jennings Tester (Creditor), of 17428 Glacier Way, Unit 1217, Lakeville, MN 55044, is a Creditor of the above-named Debtor.

2.      Defendant, Brittany Ann Sly (Debtor), of 5415 151ST Ave NW, Ramsey, MN  55303 is the Debtor in the above-captioned proceedings.

3.      This is an action under 62 U.S.C.A. § Section 523 (a) (2) (A) objecting to the discharge of the Defendant Debtor.  The court has jurisdiction of the case pursuant to 62 U.S.C.A. § Section 523 (a) (2) (A) and 68 U.S.C.A. § Section 523 (a) (6).

4.      Plaintiff has investigated the actions of the Debtor and being satisfied that the proper grounds exist for denial of the discharge of the Debtor, objects to granting discharge of the Debtor.  The grounds for such objection is set forth in the following paragraphs.

5.      From November 2015 through December 2016, Debtor, for the purpose of hindering, delaying, and defrauding Creditor, Debtor misled Creditor by claiming she had means which did not exist to repay the Creditor.

6.      Debtor knowingly and fraudulently claimed there was land in North Dakota that could be sold to be used to repay Creditor as seen in Attachment B referencing conversation with Debtor. Upon further investigation the land existed but Debtor did not have any rights to the referenced land.

Debtor knowingly and fraudulently claimed that Debtor would receive her grandfather's annual pension check in the amount of $20,000 in September 2016, and that it could be used to repay Creditor then. Upon further investigation the pension did exist but the recipient was the Debtor's mother.

Debtor knowingly took advantage of Creditor as Debtor and her boyfriend saw another of Creditor's coworker's similarly take advantage of Creditor on a smaller scale and get away with it. Creditor has multiple mental health diagnoses that hindered Creditor's financial judgment that the Debtor knowingly preyed on.  These diagnoses include autism spectrum disorder, ADHD, fetal alcohol affect, and signs of bipolar which were later diagnosed.  Debtor and boyfriend were aware of these issues and knew that Creditor was not consistently taking his medications. Debtor and her boyfriend and Creditor were roommates from June-December, 2016, which was part of the time the debt was incurred.

that Creditor was not consistently taking his medications. Debtor and her boyfriend and Creditor were roommates from June-December, 2016, which was part of the time the debt was incurred.

Debtor requested that Creditor pay $50 per month towards the Dakota Electric bill which Creditor did pay to Debtor in cash every month. Creditor discovered that Debtor did not pay the electric bill at all. The apartment's electricity was shut off in November 2016 because of this. Creditor paid the bill in full plus a reconnection fee to get the electricity back on, even though Creditor had already paid his share to Debtor. Much of the food in the refrigerator and freezer was lost because of this. See Attachment C for screenshots related to this where Debtor's boyfriend discusses this issue.

Since December 2015 when Debtor's debts to Creditor began, Debtor repeatedly avoided paying Creditor back by giving reasons/excuses why Debtor can't pay then but would pay Creditor back in the future. Creditor believes that beyond reasonable doubt, Debtor never intended to pay Creditor back and was hoping the statute of limitations would be passed so that nothing could be done. Attachments D 1-5, screenshots of texts between Debtor and Creditor support this statement.

Attachment D-1, dated February 22, 2017, shows Creditor texting Debtor, asking how much Debtor can afford to repay Creditor per month. On the bottom of page 1 of this attachment, there is a picture of Debtor and her boyfriend and a friend named Jimmy, going to the junkyard for car parts. The photos were screenshots from Jimmy's Snapchat story. Debtor and boyfriend are car enthusiasts and spent money on performance or enhancement parts for cars and did so throughout this period of time while they owed Creditor money. On page 2 of this attachment, a screenshot from Debtor's boyfriend's Facebook account shows (and later confirmed by Debtor on page 3 of this attachment) that there were performance parts that were purchased by Debtor. If Debtor cannot afford to pay Creditor back, Debtor could not afford to buy car parts.

Attachment D-2, dated September 2, 2018, shows Creditor texting Debtor attempting to negotiate a monthly amount that Debtor could pay Creditor. Creditor began by suggesting Debtor pay $500 per month to Creditor, with Debtor objecting to that amount and agreeing to $150 per month beginning October 1, 2018.

Attachment D-3, dated October 3, 2018, shows Creditor texting Debtor, asking when the $150 per month agreed upon in September, 2018, for repayment of Debtor's debt to Creditor, would be deposited in Creditor's checking account. Debtor was dismissive of Creditor's request. On page 2 of Attachment D-3, Creditor texted Debtor, asking when Debtor would begin paying. Debtor responded, saying whenever Debtor gets a job.

Attachment D-4, dated April 8, 2019, shows Debtor texting Creditor, stating that her personal injury trial was being continued. This injury trial was important because Debtor had previously stated to Creditor in a phone conversation that Debtor was promised a settlement check by her personal injury attorney. Debtor stated that when Debtor received this check, Creditor would be repaid. These texts go through July 2019, where Debtor mentioned a new trial date of October 22, 2019. On November 29, 2019, it appears Debtor had blocked Creditor again, from cell phone text messaging.

Attachment D-5, dated December 12, 2019, shows that Creditor contacted Debtor via Facebook Messenger, asking for an update on the October 22, 2019 court date. Debtor did not respond until January 9, 2020. Creditor requested that Debtor unblock Creditor via cell phone text for easier communication.

Debtor stated the case was continued again until February 19, 2020 and began asking Creditor personal questions. Creditor messaged Debtor again on February 23, 2020, to follow up, since Debtor had not unblocked Creditor's cell number. Debtor stated that Debtor would have more information within the next week. Creditor heard nothing for awhile so on May 17, 2020, Creditor again messaged Debtor on Facebook Messenger to ask about status. Debtor responded, stating that the man who assaulted her had to pay her medical bills and that, due to the COVID-19 pandemic, the courts had shut down before further action was taken. Debtor stated she would contact Creditor the following day with more information, after Debtor contacted Debtor's attorney.  On May 19, 2020, Creditor asked Debtor via Facebook Messenger, "How did it go".  No response was received by Creditor.  On July 13, 2020, Creditor contacted Debtor via Facebook Messenger for an update. Creditor responded "My bad. I forget a lot of things". Debtor offered the following day to give Creditor a weekly update.  Creditor responded that that would be helpful. No further communication between Debtor and Creditor occurred because Debtor blocked Creditor on Facebook.

With the above actions, Debtor demonstrated a pattern of misleading, delaying and misrepresentation of material fact. Debtor also showed a pattern of malicious intent of financial injury to Creditor when incurring the debt.

7.      For the reasons shown above, Debtor should be denied discharge.

THEREFORE, Plaintiff prays that

A.      Debtor be denied a discharge of $ 9,327.41 owned to Plaintiff plus 8.5% APR interest in the amount of $5,889.96 for a total amount owed to Plaintiff of $15,217.37 for the several reasons alleged in the above and foregoing Complaint. The debt details are as seen in Attachment A under the column heading of "Brittany Sly owes."

B.      this Honorable Court set the day and date for hearing on this objection to discharge and further prays for all orders and decrees necessary in the premises.

Respectfully Submitted,

Alex Jennings Tester

CREDITOR

By Alex Jennings Tester representing self

| A. Pre 6/2016 | Amt pd by Alex | B&D share owed | Brittany Sly owes | Donny Phan owes | Vendor | Item explanation | Documentation | Page 1 |
|---|---|---|---|---|---|---|---|---|
| 5/17/2016 | 339.63 | 339.63 | 339.63 | 0.00 | Visionworks Burnsville | B: eyeglasses - Discover 2526 | A1 | |
| | 158.44 | 158.44 | 79.22 | 79.22 | Expedia | B&D: Expedia on Discover | A2 | |
| Dec2015-May201 | 1,733.28 | 1,733.28 | 866.64 | 866.64 | AmEx | B&D on Alex's AmEx 12/2015-6/6/2016 | B1 e-doc | |
| 12/19/2015 | 1,478.89 | 1,478.89 | 0.00 | 1,478.89 | Discover 2526 | D: TV, Xbox and games at Best Buy | C1 | Donny orig. bought tv, Xbox & games on Andy's card; it was returned and repurchased under Alex's Discover late 2015 or early 2016 |
| 5/3/2016 | 345.49 | 345.49 | 0.00 | 345.49 | Discover 2526 | D: Tim's Custom Exhaust | N1 | |
| 5/17/2016 | 163.13 | 163.13 | 0.00 | 163.13 | Tim's Custom Ex | D: Tim's Custom Exhaust Mpls | A3 | |
| Nov. 2015 - June 2016 | 2,521.11 | 2,521.11 | 0.00 | 2,521.11 | | D: gambling loans (Wings cash machine withdrawals) | W | |
| Nov or Dec 2015 | 200.00 | 200.00 | 0.00 | 200.00 | | D: Audi tabs - $200 estimated | W cash withdrawal | |
| 5/6/2016 | 64.06 | 64.06 | 0.00 | 64.06 | Walmart-Discover 2526 | D: door gym and 5 lb whey canister | H | Donny has the door gym |
| 5/28/2016 | 90.00 | 60.00 | 30.00 | 30.00 | Prop Pymt | Apartment appl fee shared 3 ways-Discover 2526 | A10 | Not for The Woods |
| Part A Subtotal | 7,094.03 | 7,064.03 | 1,315.49 | 5,748.54 | | | | |
| B. June-Dec/2016 | | | | | | Item explanation | | |
| 6/3/2016 | 2,196.04 | 1,098.02 | 549.01 | 549.01 | MattressFIRM on Discover | Queen mattress/box spring/mattress pad | A9; R | |
| 6/2/2016 | 541.94 | 541.94 | 270.97 | 270.97 | Ikea | Ikea purchases that B&D took with them(Discover) | A5; B has receipt? | can't get a copy of the itemized receipt anymore; Brittany kept the original |
| 6/3/2016 | 1,303.26 | 408.98 | 204.49 | 204.49 | Ikea | Ikea purchases on Discover 2526 card | A4; R | |
| 6/3/2016 | 1,000.00 | 660.00 | 330.00 | 330.00 | Sam's Club | Sam's Club - B & D share  is 2/3-Sams Club VISA | E; R | |
| 6/3/2016 | 333.77 | 220.28 | 110.14 | 110.14 | Sam's Club | Sam's Club - B & D share  is 2/3-Discover 2526 | A7; R | |
| 6/3/2016 | 100.00 | 66.00 | 33.00 | 33.00 | Sam's Club | 1 yr membership-shared 3 ways | A8 | |
| 6/1/2016 | 1,866.03 | 1,754.64 | 1,249.58 | 505.05 | misc | B&D things on Alex's AmEx cards-June 2016 | B2 e-doc | |
| June, July & Oct 2016 | 1,026.79 | 1,026.79 | 1,026.79 | 0.00 | Target | B & D Target purchases RedCard (all theirs) | G | |
| 6/1/2016 | 1,485.42 | 980.37 | 490.19 | 490.19 | Target | Target purchases CapOne Quicksilver 3348 at that time (7753 was last Quicksilver card) | | |
| 6/2/2016 | 760.44 | 185.37 | 92.69 | 92.69 | Best Buy | Ninja System,tax, 2 yr prot plan & 1/2 the coffee pods-they took it | D | |
| 6/4/2016 | 132.19 | 88.13 | 44.07 | 44.07 | The Woods Burnsville | Apartment applic fee shared 3 ways-Discover 2526 | A11 | |
| 6&7/2016 | 954.61 | 883.47 | 883.47 | 0.00 | | AmEx card Brittany $883.47 + 71.14 2 mo | B3 e doc | |
| 6&7/2016 | 1,623.73 | 1,623.73 | 0.00 | 1,623.73 | | AmEx card Donny's 1 mo | B4 e doc | |
| 6/14/2016 | 414.53 | 414.53 | 207.27 | 207.27 | Becker Furniture | 3 vases; 1 lg art; console (on Becker credit card) | K; R | D&B took this with them |
| 6/12/2016 | 749.26 | 749.26 | 0.00 | 749.26 | Best Buy | Wii U Pro and 3 controllers;24" monitor; product coverage | F; R | Donny took it all |
| | 855.99 | 855.99 | 0.00 | 855.99 | | Casino | | |
| 6/7/2016 | 1,634.24 | 0.00 | 0.00 | 0.00 | | Shakopee Furniture Mart-Alex took all this furn | A6 + Tidewater fin | |
| | 350.00 | 300.00 | 150.00 | 150.00 | TJMaxx | TJMaxx-home accessories. B&D took all but $50 worth of it. | | Alex kept red vase/twigs which was deducted. |
| 6/7/2021 | 334.18 | 222.78 | 111.39 | 111.39 | Nationwide | 1 yr renters insurance-AmEx71005-3 ways | B | Alex was not credited for Jan-May 2017. |
| 6/14/2016 | 188.21 | 188.21 | 0.00 | 188.21 | Progressive | Honda insurance-partial month-Discover 2526 | I2 | |
| 7/18/2016 | 477.40 | 477.40 | 0.00 | 477.40 | Progressive | 1 mo Honda insurance pd by Alex-CapOne Journey | J1 | |

Entered 04/07/22 09:54:09   Desc Main
Filed 04/07/22   Document   Page 7 of 34
Case 22-04018   Doc 1

|  | Amt pd by Alex | B&D share owed | Brittany Sly owes | Donny Phan owes | Vendor | Item explanation | Documentation | Page 2 |
|---|---|---|---|---|---|---|---|---|
| 7/23/2016 | 38.51 | 38.51 | 0.00 | 38.51 | Gulf Oil Stillwater | D-gas | J4 | |
| 6/7/2016 | 984.00 | 659.00 | 329.50 | 329.50 | The Woods | Apartment down pymt-Alex Wings checking | M1 (cashiers check) | 1 mo rent prorated |
| 6/7/2016 | 85.00 | 56.95 | 28.48 | 28.48 | The Woods | Apartment-security deposit | M2 (cashiers check) | |
| 6/21/2016 | 610.00 | 610.00 | 610.00 | 0.00 | PI Phood | Brittany med service on Alex Discover 2526 | I; I1 | |
| 7/18/2016 | 65.00 | 65.00 | 0.00 | 65.00 | Amer Strat Ins | D-renters insurance 3 months | J3 | |
| 7/25/2016 | 472.92 | 472.92 | 236.46 | 236.46 | Sam's Club-Apl Valley | all B & D purchases | J2 | |
| June-Dec 2016 | 840.00 | 560.00 | 280.00 | 280.00 | Comcast | cable TV and h spd internet | P | in Alex's name; he always paid and they never gave him their agreed on 2/3 share monthly |
| June-Dec 2016 | 601.80 | 448.18 | 224.09 | 224.09 | Dakota Electric* | non-heat electric Alex paid all bills plus $150 to Brittany toward first 3 months | | Alex pd $451.80 directly to DEA Nov 9,2016 covering June-Nov 9. He also pd $50 cash to Brittany June, July and Aug 2016 as his 1/3 of the electric bill but she never paid DEA. |
| 7/4/2016 | 819.63 | 399.97 | 199.98 | 199.99 | CapOne Playstation VISA | True Religion Eagan outlet - clothing | O | |
| | 350.37 | 350.37 | 350.37 | 0.00 | | Brittany 1 pair eyeglasses | | |
| Part B Subtotal | 23,195.26 | 16,406.79 | 8,011.92 | 8,394.87 | | | | |
| A & B Total | 30,289.29 | 23,470.82 | 9,327.41 | 14,143.41 | 23,470.81 | | | |

**Payment from B&D to date**

|  |  |  |  |  |
|---|---|---|---|---|
| 9/1/2016 | | 250.00 | 125.00 | 125.00 |
| AMOUNT OWED to Alex by B& D | | 23,220.82 | 9,202.41 | 14,018.41 |

*Attachment B*

BS

Brittany >

Mar 10, 2016, 11:33 PM

U^ェ^U(^O^)／

名や谷やな差や名たかやヤタかなやさびた
やら何赤湯雛に天羽またぬさはやたか生彼
方な日中原ヤタはや高菜や

What the fuck

河野内海

10夢は雨したいのは波線

(^O^)／

One more time except this time let's
speak English

I was speaking English it was
translating it into some kind of japesne

What the fuck? How

Japanes keyboard

What did you originally say

Do you not understand

The top one was me randomly typing



**6:03**

Brittany

The top one was me randomly typing

Jesus Christ

What haha

You're too bored for your own good

I have a serious question

What's that

R u gonna buy a house and let me stay there or should I be looking at apartments?

I'm looking at places for all 3 of us

What kinda places houses or apartments?

Considering both

Donny and I talked while he was dropping me off and decided that if we have the money a house we be better in the long run but then I dont want u to rush out and buy a house just so I have somewhere to live

So it's kinda a toss up u know

iMessage

  

       

p. 2

  

6:03

Brittany

> Donny and I talked while he was dropping me off and decided that if we have the money a house we be better in the long run but then I dont want u to rush out and buy a house just so I have somewhere to live

> So it's kinda a toss up u know

It wouldn't be like that. We've been talking about getting a place together for months

> I mean the picking a house

We've just been kinda lazy about it. This just gives us more incentive

And more motivation

> Very true
> Are you gonna sell your land or just use the money u have saved if you buy a house

I really don't know about that

I don't know what to do

> I'm not gonna say anything cuz I want you to do what you want
> But if it were me I would sell 10-50% of it throw it in a bank account with high

iMessage

   

       

p. 3

6:03



Brittany ›

> Very true
> Are you gonna sell your land or just use the money u have saved if you buy a house

I really don't know about that

I don't know what to do

> I'm not gonna say anything cuz I want you to do what you want
> But if it were me I would sell 10-50% of it throw it in a bank account with high interest and buy some fun stuff
> You still have over a billion dollars worth of land and you cashed in on over 100 million
> That's just me tho
> I would talk to Donny cuz he knows more than I do
> My mom did say oil prices r Drippng tho which is bad for ur land

> That's just my take
> Plus is you sell it keep in mind the broker is getting millions too

Ugh

Mar 11, 2016, 9:37 AM

> I know

_p. 4_



  

Donny

Try that one

Don't have the time to do this that's 6 separate phone calls in 10 mins

Not possible

I'm sorry I feel like you two are upset with me

It's fine. It's just had you told us right away that the electricity was off we would have been able to take care of it you know

I'm sorry

It's fine, we'll get it figured out tomorrow. It'll be a little bit cheaper tomorrow. $475

There should be enough in my debit account then

Nov 9, 2016, 8:11 PM

So almost all the stuff that was in the fridge almost all the dairy products couldn't be saved, along with all the meats and 90% of the cheeses were all bad

Wtf

   iMessage

       

p. 1

‹ 9                          DP                          ▢

Donny

account then

Nov 9, 2016, 8:11 PM

So almost all the stuff that was in the fridge almost all the dairy products couldn't be saved, along with all the meats and 90% of the cheeses were all bad

Wtf

Yep

Dont they need to call us and let us know?

They knocked on the door and left a note on the door...don't need to call if they actually show up to the apt

Wtf

Does our heat run though electic or gas?

Heat is gas

Do we at least have the TV dinners

To get us by

iMessage

Pay



p. 2



Guess who left their lights on 2 nights ago

TV dinners are fine. Everything in the freezer was fine. Fridge on the other hand is not.

Yeah I tried turning it on in the morning

Not possible if the electricity was already off that means it was on all night long until 10:50 when they shut it off

It automatically shuts off at 210

If it's on so it never got the signal

Sorry if a light is off I assume it's off

I don't care about your excuses or explanations I'm letting you know it was on that's it

I'm not trying to bitch at you or anything either letting you know so that it doesn't happen again. Our electric bill is about $200 a month..

Yeah it's cuz if the ac that's constantly running

  iMessage

       

p3

Attachment
D -1
p. 1

  

Brittany >

Feb 22, 2017, 2:36 PM

> When can you decide on how much you can pay me back per month?

I said soon

> Well if you can get car parts you can work on paying me back

> I'm sick of getting pushed off

What are you talking about?



Things you do for car parts

Junkyard fun lol

iMessage

   

       

D-1
p. 2

Brittany ›



Junkyard fun lol

We're getting a tail light for his sisters car

So how about you try that again and stop pretending like you know what you're talking about

FROM NOTIFICATIONS

**Donny Fenin Phan**
12 mins

Christmas came early 😍

1

 Like           Comment

What about that



iMessage

  

       

*D-1*
*p.3*

**BS**

Brittany >

👍 Like          💬 Comment

> What about that

What about it

> Ordering car parts before paying me back or at least setting up and agreement to how much per month I'm going to be getting. Idc if u two wanna live your life I just want an agreement of how much I get per month plus the car.

I didn't know I wasn't allowed to buy him a fucking Christmas present

> Well all I ask of that we get an agreement on how much will be put towards the debt monthly

> The longer we wait the more interest there will be

I said soon but you had to start on some bullshit.

> You said by the end of the month and that's Tuesday

I'm very well aware

Are you done because I'd like to enjoy my day off

iMessage

          

*Attachment D-2 p. 1*



**Brittany**

Sep 2, 2018, 4:18 PM

It's September

Text Message

Yeah

iMessage
Sep 2, 2018, 6:42 PM

What day

I'm busy til atleast the 18th

Needs to be sooner. It's been out off for over 2 years

I told you I'm busy. I have doctor appointments this entire month and court and lawyer appointments

Make me be an appointment. Or just start paying me monthly. When you have time we can decide on a dollar amount. I have the proof of the amount we can agree it's several thousand $500 a month is a start

I'm sick of this being put off. We can agree you both owe me more then $500 and since you want to meet later this month give me $500 a month til we meet

iMessage

D-2

p. 2

**Brittany** >

iMessage
Sep 2, 2018, 6:42 PM

What day

I'm busy til atleast the 18th

Needs to be sooner. It's been out off for over 2 years

I told you I'm busy. I have doctor appointments this entire month and court and lawyer appointments

Make me be an appointment. Or just start paying me monthly. When you have time we can decide on a dollar amount. I have the proof of the amount we can agree it's several thousand $500 a month is a start

I'm sick of this being put off. We can agree you both owe me more then $500 and since you want to meet later this month give me $500 a month til we meet

You want me to pay you $500 a month?!

I don't work so idek how that's gonna work

You owe me of excess of $20k. The

iMessage

  

       

D-2
p. 3



Brittany >

> You owe me of excess of $20k. The credit cards before we moved in together.
> It was $5k before we moved in. Then $1800 charged on the Amex on you and Donny's card. Your abortion you and access to multiple credit cards.
> I will provide the proof. Maybe even settle for a lesser amount. But I'm getting to the point of not waiting and going to civil court.
> It's been 18 months too long. You have canceled once no showed twice.
> Ignored me all last month.

> Then $300 a month
> If you and Donny rnt together anymore I can separate it. Cuz he owes more then you

Wtf are you talking about. Me and Donny are still together

I got assaulted last month and was In the hospital. I have a brain injury

> Damn.

I didn't ignore you. It's not all about you. I have a lot more important shit to worry about right now like getting better

I don't have to explain myself to

  iMessage

       



< 1

BS

Brittany >

Donny are still together

I got assaulted last month and was In the hospital. I have a brain injury

Damn.

I didn't ignore you. It's not all about you. I have a lot more important shit to worry about right now like getting better

I don't have to explain myself to you

Then pay me something monthly til we sit down start at $150 a month

Starting October 1st

Okay

Just put it in my account like normal.

Or $75 bi weekly whatever is easier

Oct 3, 2018, 5:04 PM

$150?

150 what

You said you would deposit $150 the 1st while we wait til your available

iMessage

*Attachment*
*D-3*
*p. 1*



1:38

D-3

p. 2



BS

Brittany



I'll find out more next week when I can start working again

Don't commit to something you can't do. The longer it goes on the most interest accumulates

Oct 3, 2018, 7:03 PM

Had I known a MONTH ago I wasn't gonna be working, I wouldn't of said shit.

Don't annoy me anymore tonight.

Payments need to come in

Got it

Nov 6, 2018, 4:58 PM

When can you start paying me

Nov 6, 2018, 6:54 PM

Whenever I get a job

Nov 6, 2018, 8:07 PM

When will that be

I'll let you know

iMessage

 

       

*Attachment D-4 p. 1*

< 3   **BS**   📹

Brittany ›

Sent as Text Message

Apr 8, 2019, 8:51 AM

Hey. Just spoke with my attorney. One of the officers testifying can't make it next week so they pushed my trial to the end of June. I know, it's sucks but I thought I'd keep you in the loop and communicate. I have a job interview coming up so hopefully I'll have cash flow again. Don't worry, you're my top priority. Thanks for understanding

Apr 8, 2019, 10:12 AM

Ok thanks for letting me know

There's proof for you just to show I'm not lying. Have a good day 😊

May 3, 2019, 3:39 AM

How did your interview go

May 3, 2019, 8:16 AM

Not good enough

May 3, 2019, 1:52 PM

Damn I'm sorry

Jun 18, 2019, 7:58 PM



D-4

p. 2



BS

Brittany >

> Damn I'm sorry

Jun 18, 2019, 7:58 PM

> When can you and Donny start paying me back?

We can talk next week after my court trial. I'll have more answers then.
Thanks

> What day is it?

> And are you two still together?

Sent as Text Message

Jun 19, 2019, 11:27 AM

The 26th I believe

> Okay

How have you been?

> Ehhh

Same lol

> Are you and Donny still together? I ask cuz I want to know if I need to separate it

Yes we are

iMessage

D-4

p. 3



**Brittany**

Yes we are

Okay

All of this is just added stress for me.
Tbh I'm having the worst 2 years of my
life. So many issues and bad things.

But, I hope you're doing well.

Same

Same?

The last two years and hope ur doing
better

Not having a job and having a ton of
medical problems. My dad had
emergency heart surgery, my grandpa
had colon surgery to remove cancer.
Just bla ya know?

I'm filing for disability soon so that
should be good

We'll talk more next week. Have a good
one

Jul 10, 2019, 9:38 AM

Just thought I'd update you. Still

iMessage

D-5
p.4



Brittany

Not having a job and having a ton of medical problems. My dad had emergency heart surgery, my grandpa had colon surgery to remove cancer. Just bla ya know?

I'm filing for disability soon so that should be good

We'll talk more next week. Have a good one

Jul 10, 2019, 9:38 AM

Just thought I'd update you. Still looking for a job. I applied for assistance and my trial was continued until October 22nd.
Take care. Thanks.
I'll keep you updated

Okay

Read

Nov 29, 2019, 12:28 PM

What happened with court

Sent as Text Message

Nov 29, 2019, 11:21 PM

Hmm

Sent as Text Message

iMessage

Attachment
D-5
p. 1

<  **Brittany Sly**

Lives in Ramsey, Minnesota

DEC 12, 2019, 1:13 AM

You blocked my via text. I tried taking care of this out of court. If you don't get back to me soon I'll start taking things to court. It's not a threat. I don't wanna go to court but it's gone on for 3 years and needs to end you said your court was on October 22nd.

JAN 09, 2020, 10:15 AM

 Still waiting on trial

You can now message and call each other and see info like Active Status and when you've read messages.

Unblock me



Aa

D-5

p. 2

**‹ Search**

**Brittany Sly**



 Why

So I don't need to message you on facebook to get an update

 It's the same thing

I mean so you can tell me when you can start paying me.

It's been over 3 years

I realize that. You probably don't get it but I've taken a nose dive in my health and in my finances. Shit isn't easy dude. I don't expect you to
 understand

I appreciate your ⬇ .ice. I'm praving evervthing's will turn around

      Aa

12:57

◄ Search

D-5

p. 3

**Brittany Sly**

dude. I don't expect you to understand

I appreciate your patience. I'm praying everything's will turn around after Feb 19th.

Let's have this conversation then. Take care and I'll talk to you soon

Okay are you and Donny still together or will I need to speak with him separately.

Still together. Duh lol

Just making sure.

Cool cool

Money aside, how have you been?

Ok

Just ok? How's your job. How's your car

Car hasn't ran in 6 months
Job is stressful

What do you mean it hasn't ran?
What happened

D-5

P. 4



◄ Search

‹  **Brittany Sly**

What do you mean it hasn't ran?
What happened

And what are you driving then

A chuck of the spark plug broke off
and fell cylinder head.

Damn that sucks

How is it living with the parents

Why all the questions

Just trying to have a conversation

Talk to you next month

Ok

FEB 23, 2020, 7:14 PM

How did it go?

FEB 24, 2020, 12:29 PM

Not the greatest outcome but atleast
that testifying part is over with. I'll
know more probably within  the week
hopefully or next week what they
agreed on for sentencing and what
not. I'll let you kno     en. Thanks

Aa

12:58

◀ Search

 **Brittany Sly**

agreed on for sentencing and what not. I'll let you know then. Thanks

No problem. When can you start paying me?

I'll know more about my finances once things have settled down. Like I said, next week probably. We'll talk then

Sounds good

MAY 17, 2020, 1:37 PM

Soooooooooo...

So what?

When can you start paying me back

What a mess since I talked to you last lol

Yup. I'm just sick of this dragging on. When can you start paying me something

So he was ordered to pay all my medical bills back but the courts shut down before he ha⌄⌐ have his hearing on how m ⌄ ⌐ month to pay me

Aa

D-5

P·6

12:58

◀ Search

<  **Brittany Sly**

So he was ordered to pay all my medical bills back but the courts shut down before he had to have his hearing on how much a month to pay me

Then, my grandpa just passed away

So, I'm hoping tomorrow when I call my lawyer, I'll have an idea

 So, tomorrow I'll msg you

> Okay sounds good

MAY 19, 2020, 12:10 AM

> How did it go

JUL 13, 2020, 11:42 PM

> Hmmm

 What's up?

> You never messaged me

 My bad. I forget a lot of things

> So when can you start paying me back

JUL 14,  '2:09 PM

     Aa

